■ In the Matter of MILTON BAKER, Appellant, v. HAROLD W. FOLLETTE, as Superintendent of Green Haven Correctional Facility, Respondent.— ■

No opinion. Shapiro, Acting P. J., Gulotta, Christ, Brennan and Benjamin, JJ., concur.